|   | The Honorable James L. Robart |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| BONITA K. BIERY, a single woman, individually and on behalf of all others similarly situated, | ) ) ) ) | |
|---|---|---|
| | ) | No. C04-2467JLR |
| Plaintiffs, | ) ) ) | STIPULATION AND ORDER REGARDING CASE SCHEDULE |
| v. | ) ) | |
| THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, et al. | ) ) ) ) | |
| Defendants. | ) | |

## I. **STIPULATION**

The above-captioned parties, by and through their undersigned counsel of record, stipulate that the defendants' response to plaintiffs' complaint, as well as the parties' initial disclosures required by Fed. R. Civ. P. 26, shall be filed and served on August 19, 2005.

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 1

| | |
|---|---|
| NELSON TYLER LANGER | BYRNES & KELLER LLP |
| By /s/ Frederick P. Langer<br>Frederick P. Langer, WSBA #25932<br>Nelson Tyler Langer<br>705 Second Avenue #1700<br>Seattle, WA 98104<br>Telephone: (206) 623-7520<br>Facsimile: (206) 622-7068<br>***Attorneys for Plaintiff*** | By /s/ Keith D. Petrak<br>Bradley S. Keller, WSBA #10665<br>Keith D. Petrak, WSBA #19159<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>Facsimile: (206) 622-2522<br>kpetrak@byrneskeller.com<br><br>Richard J. Doren<br>GIBSON, DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>***Attorneys for Defendants*** |

## II. ORDER

IT IS SO ORDERED.

DATED this _____ day of July, 2005.

_____
Honorable James L. Robart
United States District Court Judge

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Presented by:

| | |
|---|---|
| NELSON TYLER LANGER | BYRNES & KELLER LLP |
| | |
| By /s/ Frederick P. Langer<br>    Frederick P. Langer, WSBA #25932<br>    Nelson Tyler Langer<br>    705 Second Avenue #1700<br>    Seattle, WA  98104<br>    Telephone: (206) 623-7520<br>    Facsimile:  (206) 622-7068<br>    ***Attorneys for Plaintiff*** | By /s/ Keith D. Petrak<br>    Bradley S. Keller, WSBA #10665<br>    Keith D. Petrak, WSBA #19159<br>    Byrnes & Keller LLP<br>    1000 Second Avenue, 38th Floor<br>    Seattle, WA  98104<br>    Telephone:  (206) 622-2000<br>    Facsimile:  (206) 622-2522<br>    kpetrak@byrneskeller.com<br><br>    Richard J. Doren<br>    GIBSON, DUNN & CRUTCHER, LLP<br>    333 South Grand Avenue<br>    Los Angeles, CA  90071-3197<br>    Telephone: (213) 229-7000<br>    Facsimile: (213) 229-7520<br>***Attorneys for Defendants*** |

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 19th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Fred P. Langer
> Nelson Tyler Langer
> 705 Second Avenue, Suite 1700
> Seattle, WA 98104

> /s/ Keith D. Petrak, WSBA #19159
> Byrnes & Keller LLP
> 1000 Second Avenue, 38th Floor
> Seattle, WA 98104
> Telephone: (206) 622-2000
> Facsimile: (206) 622-2522
> kpetrak@byrneskeller.com
> Attorneys for Defendants

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 4

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000