The Honorable James L. Robart

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

AUG 1 7 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

04-CV-02467-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BONITA K. BIERY, a single woman, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, et al.

Defendants.

No. C04-2467JLR

STIPULATION AND ORDER REGARDING CASE SCHEDULE

## I. STIPULATION

The above-captioned parties, by and through their undersigned counsel of record, stipulate that the defendants' response to plaintiffs' complaint, as well as the parties' initial disclosures required by Fed. R. Civ. P. 26, shall be filed and served on September 19, 2005.

| NELSON TYLER LANGER | BYRNES & KELLER LLP |
|---|---|
| By /s/ Frederick P. Langer<br>Frederick P. Langer, WSBA #25932<br>Nelson Tyler Langer<br>705 Second Avenue #1700<br>Seattle, WA 98104<br>Telephone: (206) 623-7520<br>Facsimile: (206) 622-7068<br>**Attorneys for Plaintiff** | By /s/ Keith D. Petrak<br>Bradley S. Keller, WSBA #10665<br>Keith D. Petrak, WSBA #19159<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>Facsimile: (206) 622-2522<br>kpetrak@byrneskeller.com |

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

|   |   |
|---|---|
| 1 |   |
| 2 | Richard J. Doren<br>GIBSON, DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>***Attorneys for Defendants*** |

## II. ORDER

IT IS SO ORDERED.

DATED this 17th day of August, 2005.

_____
Honorable James L. Robart
United States District Court Judge

Presented by:

NELSON TYLER LANGER                     BYRNES & KELLER LLP

By /s/ Frederick P. Langer              By /s/ Keith D. Petrak
Frederick P. Langer, WSBA #25932        Bradley S. Keller, WSBA #10665
Nelson Tyler Langer                     Keith D. Petrak, WSBA #19159
705 Second Avenue #1700                 Byrnes & Keller LLP
Seattle, WA 98104                       1000 Second Avenue, 38th Floor
Telephone: (206) 623-7520               Seattle, WA 98104
Facsimile: (206) 622-7068               Telephone: (206) 622-2000
***Attorneys for Plaintiff***           Facsimile: (206) 622-2522
                                        kpetrak@byrneskeller.com

                                        Richard J. Doren
                                        GIBSON, DUNN & CRUTCHER, LLP
                                        333 South Grand Avenue
                                        Los Angeles, CA 90071-3197
                                        Telephone: (213) 229-7000
                                        Facsimile: (213) 229-7520
                                        ***Attorneys for Defendants***

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000