UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BONITA K. BIERY, a single woman, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, The Plan Administrator, a Washington Corporation; and AETNA LIFE INSURANCE COMPANY, a foreign corporation, <br><br> Defendants. | No. C04-2467JLR <br><br> STIPULATION AND ORDER REGARDING CASE SCHEDULE |

## I. **STIPULATION**

The above-captioned parties, by and through their undersigned counsel of record, stipulate that the defendants' response to plaintiffs' complaint, as well as the parties' initial disclosures required by Fed. R. Civ. P. 26, shall be filed and served on October 3, 2005, in order to document the settlement the parties have reached.

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

| | | |
|---|---|---|
| 1 | DATED this 15th day of September, 2005. | |
| 2 | NELSON TYLER LANGER | BYRNES & KELLER LLP |
| 3 | | |
| 4 | By /s/ Frederick P. Langer | By /s/ Keith D. Petrak |
|   | Frederick P. Langer, WSBA #25932 | Bradley S. Keller, WSBA #10665 |
| 5 | Nelson Tyler Langer | Keith D. Petrak, WSBA #19159 |
|   | 705 Second Avenue #1700 | Byrnes & Keller LLP |
| 6 | Seattle, WA 98104 | 1000 Second Avenue, 38th Floor |
|   | Telephone: (206) 623-7520 | Seattle, WA 98104 |
| 7 | Facsimile: (206) 622-7068 | Telephone: (206) 622-2000 |
|   | langerf@ntl-law.com | Facsimile: (206) 622-2522 |
| 8 | ***Attorneys for Plaintiff*** | kpetrak@byrneskeller.com |

Richard J. Doren
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
***Attorneys for Defendants***

## II. ORDER

IT IS SO ORDERED.

DATED this \_\_\_\_\_ day of September, 2005.

_____
Honorable James L. Robart
United States District Court Judge

---

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 2

Presented by:

| | |
|---|---|
| NELSON TYLER LANGER | BYRNES & KELLER LLP |

By /s/ Frederick P. Langer
    Frederick P. Langer, WSBA #25932
    Nelson Tyler Langer
    705 Second Avenue #1700
    Seattle, WA 98104
    Telephone: (206) 623-7520
    Facsimile: (206) 622-7068
    langerf@ntl-law.com
    *Attorneys for Plaintiff*

By /s/ Keith D. Petrak
    Bradley S. Keller, WSBA #10665
    Keith D. Petrak, WSBA #19159
    Byrnes & Keller LLP
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522
    kpetrak@byrneskeller.com

    Richard J. Doren
    GIBSON, DUNN & CRUTCHER, LLP
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: (213) 229-7000
    Facsimile: (213) 229-7520
*Attorneys for Defendants*

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

| | |
|---|---|
| 1 | |
| 2 | <u>CERTIFICATE OF SERVICE</u> |
| 3 | The undersigned attorney certifies that on the 15th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: |
| 4 | |

        Fred P. Langer
        Nelson Tyler Langer
        705 Second Avenue, Suite 1700
        Seattle, WA 98104
        langerf@ntl-law.com

        <u>/s/ Keith D. Petrak, WSBA #19159</u>
        Byrnes & Keller LLP
        1000 Second Avenue, 38th Floor
        Seattle, WA 98104
        Telephone: (206) 622-2000
        Facsimile: (206) 622-2522
        kpetrak@byrneskeller.com
        Attorneys for Defendants

STIPULATION AND ORDER REGARDING CASE SCHEDULE
(C04-2467JLR) - 4

Byrnes & Keller LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000