The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BONITA K. BIERY, a single woman, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>   v.<br><br>THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, The Plan Administrator, a Washington Corporation; and AETNA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>                     Defendants. | No. C04-2467JLR<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

The above-captioned parties, by and through their undersigned counsel of record, stipulate that the above-captioned action, including all claims, be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and that each party shall bear its own attorneys' fees and costs in the action.

STIPULATION OF DISMISSAL WITH
PREJUDICE (C04-2467JLR) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1   DATED this 30th day of September, 2005.

2   NELSON TYLER LANGER                          BYRNES & KELLER LLP

3

4   By /s/ Frederick P. Langer                  By /s/ Keith D. Petrak
       Frederick P. Langer, WSBA #25932             Bradley S. Keller, WSBA #10665
5      Nelson Tyler Langer                          Keith D. Petrak, WSBA #19159
       705 Second Avenue #1700                      Byrnes & Keller LLP
6      Seattle, WA  98104                           1000 Second Avenue, 38th Floor
       Telephone: (206) 623-7520                    Seattle, WA  98104
7      Facsimile:  (206) 622-7068                   Telephone:  (206) 622-2000
       *Attorneys for Plaintiff*                    Facsimile:  (206) 622-2522
8                                                   kpetrak@byrneskeller.com

9                                                Richard J. Doren
                                                 GIBSON, DUNN & CRUTCHER, LLP
10                                               333 South Grand Avenue
                                                 Los Angeles, CA  90071-3197
11                                               Telephone: (213) 229-7000
                                                 *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL WITH                            BYRNES & KELLER LLP
PREJUDICE (C04-2467JLR) - 2                                  38TH FLOOR
                                                         1000 SECOND AVENUE
                                                      SEATTLE, WASHINGTON 98104
                                                            (206) 622-2000

1
2                          CERTIFICATE OF SERVICE

3        The undersigned attorney certifies that on the 30th day of September, 2005, I
   electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which
4  will send notification of such filing to the following:

5                              Fred P. Langer
                               Nelson Tyler Langer
6                              705 Second Avenue, Suite 1700
                               Seattle, WA  98104
7

8
                               /s/ Keith D. Petrak, WSBA #19159
9                              Byrnes & Keller LLP
                               1000 Second Avenue, 38th Floor
10                             Seattle, WA  98104
                               Telephone:  (206) 622-2000
11                             Facsimile:  (206) 622-2522
                               kpetrak@byrneskeller.com
12                             Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL WITH                              Byrnes & Keller LLP
PREJUDICE (C04-2467JLR) - 3                                     38th Floor
                                                           1000 Second Avenue
                                                         Seattle, Washington 98104
                                                              (206) 622-2000